AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

REINALDO SILVA, a/k/a JOHN BRAY, a/k/a REINALDO MOREIRA, a/k/a REINALDO SILVEIRA
34B Shrewsbury Green Drive
Shrewsbury, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: M.J. No. 03- 1742 CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 10, 2003** in **Worcester** county, in the **_____** District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

knowingly and without lawful authority, posses with intent to transfer false identification documents; and did knowingly attempt to use, or furnish to another to use, false, forged, counterfeited, mutilated and altered passports; and did knowingly possess counterfeit visas and alien registration documents, knowing them to be fraudulent; and did conspire to commit the aforementioned acts and committed overt acts in furtherance of that conspiracy

in violation of Title **18** United States Code, Section(s) **1028(a), 1543, 1546, 371**.

I further state that I am a(n) **special agent, Diplomatic Security Service** and that this complaint is based on the following
Official Title

facts:

see attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
AARON J. ARNFELD

Sworn to before me and subscribed in my presence,

09-17-2003                                          at   BOSTON, MASSACHUSETTS
Date                                                     City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.