UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: ICE Facility, Boston, MA

YOU ARE COMMANDED to have the body of   Reinaldo Silva (1972)   now in your custody, before the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Courtroom No.   16  , on the 5TH floor, Boston, Massachusetts on   September 22, 2003  , at   11:00   A. M.

for the purpose of   Initial Appearance

in the case of   UNITED STATES OF AMERICA V.   Reinaldo Silva

CR Number   03-1742 CBS

And you are to retain the body of said   Reinaldo Silva   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   Reinaldo Silva   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   19th   day of   September  , 2003.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

TONY ANASTAS, CLERK

By: /s/ Lisa B. Roland
SEAL                    Lisa B. Roland (617) 748-4446
                                          (508) 929-9905
                    Deputy Clerk


(Habcorp.wrt - 10/96)                    [kwhcap.] or
                                          [kwhcat.]