# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States of America vs. Reinaldo Silva

FOR: 
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Reinaldo Silva

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 03-1742
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: None — Federally
- IF YES, how much do you earn per month? $ -0-
- IF NO, give month and year of last employment: 2003
- How much did you earn per month? $1600
- If married is your Spouse employed? ☑ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $800 +
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $1700 monthly — Truck Rental

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $45.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:

**DEPENDENTS**
- MARITAL STATUS: ☑ MARRIED  ☐ SINGLE  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them:
  1. Christina J. Barilo Silva — Wife
  2. Nicolly J. Farias Silva — Daughter

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS | APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| Apartment | George Ardin | $850 | $850 |
| Credit Card | Capital Bank One Visa | $13,800 | $150 |
| Credit Card | Capital One MasterCard | $300 | $25 |
| Car Payment | Volkswagen Finance | $2065 | $413 |
| Living Expenses of Apartment (Utilities Etc) | | $350 | $175 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/22/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Reinaldo R. Silva