AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

### APPEARANCE

CASE NUMBER: 03-1742 CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Reinaldo Silva

I certify that I am admitted to practice in this court.

9/22/03
Date

*[Signature]*
Signature

Stephen M. Campobasso   071720
Print Name   Bar Number

54 Main St.
Address

Leominster, Mass   01453
City   State   Zip Code

978 534-0005 - Ext 11   978 534-3190
Phone Number   Fax Number