UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
         v.                        )   **MAGISTRATE JUDGE**
                                   )   **NO. 03-1742-CBS**
REINALDO SILVA,                    )
         Defendant,                )
_____)


**MEMORANDUM OF PROBABLE CAUSE AND ORDER ON**
**THE GOVERNMENT'S MOTION FOR DETENTION**
**October 29, 2003**


**SWARTWOOD, M.J.**


I.  Nature Of The Offense And The Government's Motion

On September 17, 2003, a Criminal Complaint was filed charging Reinaldo Silva, a/k/a John Bray, a/k/a Reinaldo Moreira, a/k/a Reinald Siveira ("Mr. Silva") with identity document fraud, in violation of 18 U.S.C. § 1028(a); possession with intent to transfer fraudulent passports, in violation of 18 U.S.C. §1543; possession of fraudulent immigration documents, in violation of 18 U.S.C. §1546; and conspiracy to commit the foregoing offenses, in violation of 18 U.S.C. §371.

At Mr. Silva's initial appearance on September 22, 2003 in connection with this Complaint, he was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P.

5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §§ 3142(f)(2)(A)(risk of flight).

A probable cause/detention hearing was scheduled and continued to several dates, the last being October 27, 2003. On that date, Mr. Silva appeared for a consolidated probable cause/detention hearing. At this hearing, Mr. Silva waived his right to a probable cause hearing and assented to an order of detention.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1. That Mr. Silva be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. That Mr. Silva be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Silva is detained and confined shall deliver Mr. Silva to an authorized Deputy United States

Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

    THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

                              <u>/s/Charles B. Swartwood, III</u>
                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE