UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                   CRIM. ACTION NO. 03-H742-CBS

REINALDO SILVA
       Defendant

## NOTICE OF APPEARANCE

In the above entitle matter I, Johnathan R. Elliott, Sr., appear for the defendant for Mr. Reinaldo Silva

                                          REINALDO SILVA
                                          By His Attorney,

                                          Johnathan R. Elliott, Sr.
                                          BBO# 547473
                                          1145 Main Street, Suite 208
                                          Springfield, Massachusetts 01103
                                          Telephone:  (413) 732-3107
                                          Facsimile:   (413) 733-0429

April 20, 2004