UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 04-40016-NMG |
| v. ) | |
| ) | 18 U.S.C. § 371 (Conspiracy); |
| REINALDO R. SILVA, a/k/a ) | 18 U.S.C. § 1028(a)(3) |
| JOHN BROY, ) | (Identification Document |
| Defendant. ) | Fraud); 18 U.S.C. § 1543 |
| | (False Use of Passport); |
| | 18 U.S.C. § 1546(a) (Use of a |
| | Fraudulent Visa; |

**INFORMATION**

COUNT ONE:     18 U.S.C. § 371 - Conspiracy

The United States Attorney charges that:

From a date unknown to the United States Attorney, but from not later than August 13, 2003, until September 5, 2003, at Shrewsbury, and elsewhere within the District of Massachusetts,

REINALDO SILVA,

defendant herein, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with Heraclito Segovia, Neila Carneiro, and with one or more other persons, known and unknown, to commit offenses against the United States, to wit: to knowingly possess and transfer five or more false identification documents, in violation of 18 U.S.C. § 1028(a)(3).

**OVERT ACTS**

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed the following overt acts, among others, in the District of Massachusetts, and elsewhere:

-1-

1. On August 13, 2003, a confidential informant (hereinafter "CI1") of the Bureau of Immigration and Customs Enforcement (hereinafter "ICE"), and an ICE special agent working in an undercover capacity (henceforth referred to as the "UCA") met with Carneiro, who provided CI1 with a European Community passport from the Republic of Italy under a fraudulent identity with CI1's photo affixed in the passport. Also noted in the European Community passport was a counterfeit Form I-94W form for Visa Waiver visitors. The class of admission reflected on the I-94W was L-2, the non-immigrant visa classification for spouses and children of certain alien business executives and "special knowledge" employees authorized to work in the United States. Silva produced the aforementioned false documents. Carneiro drove CI1 and the UCA to the Social Security Administration ("SSA") Office in Chelsea, Massachusetts and to the Massachusetts Registry of Motor Vehicles ("RMV") office in Melrose, Massachusetts and provided CI1 with specific instructions on what to do when CI1 entered each of these offices, in order to obtain a Social Security denial letter and a Massachusetts driver's license using the false documents. The SSA Office issued CI1 a

denial letter. The UCA and CI1 then traveled to the RMV Office and attempted to procure a Massachusetts Driver's License with the documents provided by Carneiro. The license was denied to CI1 because the RMV clerk handling CI1's application flagged it as an instance of fraud. Carneiro stated she would provide CI1 with another passport in a different identity, and indicated that an individual named "Chico" would contact CI1 and drive CI1 to the RMV.

2. On August 15, 2003, a person identifying himself as Chico contacted CI1. A meeting was set at the parking lot of Select Financial Insurance Agency, a business located in Shrewsbury, Massachusetts, at which Carneiro and Segovia were employed. CI1, accompanied by the UCA, met with "Chico," who was later identified by the UCA to be Heraclito Segovia. Segovia provided CI1 with a European Community passport from the Republic of Italy under a different fraudulent identity from the passport received by CI1 on August 13, 2003, with CI1's photo affixed in the passport, and a counterfeit Form I-94W form. Silva produced the aforementioned false documents. Segovia then transported CI1 and the UCA in a vehicle, which was registered to Carneiro, to the SSA Office, where CI1 was issued a denial letter, and then

      to the RMV Office in Lowell, Massachusetts. After CI1 was successful in obtaining a learner's permit, the UCA paid Segovia two thousand dollars (as previously agreed) for Segovia and Carneiro's assistance.

3. Later on August 15, 2003, Segovia transported the UCA and CI1 back to Select Financial Insurance Agency in Shrewsbury, where the UCA met both Segovia and Carneiro. During the meeting, Carneiro and Segovia told the UCA that they were amenable to the idea of having the UCA act as a broker by providing them (Carneiro and Segovia) with customers' passports and/or identifications. This would enable them (Carneiro and Segovia) to create other fraudulent documents, which would be used to acquire Massachusetts drivers' licenses. The UCA would then be responsible for escorting the individuals to the RMV offices and would receive "a cut" of the price paid for the fraudulent documents for the UCA's services as a broker for Carneiro and Segovia.

4. On August 25, 2003, a second ICE CI ("CI2") and the ICE UCA met with Carneiro near the RMV Office in Lowell, Massachusetts. Carneiro provided CI2 with a European Community passport from the Republic of Italy under a fraudulent identity with CI2's photo affixed in the

passport, and a counterfeit Form I-94W form. Silva produced the aforementioned false documents. The UCA and CI2 entered the RMV Office and successfully procured a Massachusetts learner's permit while using the documents provided by Carneiro. Following this, the UCA paid Carneiro one thousand eight hundred dollars for the use of the fraudulent documents and for Carneiro's assistance.

5. On September 5, 2003, the ICE UCA purchased six United States Resident Alien cards for nine hundred dollars from Carneiro and Segovia. The purchase took place inside the office space at Select Financial Insurance Agency in Shrewsbury. During the purchase, the ICE UCA witnessed the manufacture of the Resident Alien cards by Segovia within the Select Financial Insurance Agency's office. The ICE UCA also observed a Brazilian passport with a U.S. visa affixed within. Segovia stated to the UCA that he (Segovia) "was bringing a person to the Registry of Motor Vehicles today and using this document." Segovia stated that he had made the document and that it was a fake visa.

All in violation of 18 U.S.C. § 371.

COUNT TWO:   18 U.S.C. §§ 1028(a)(3) Identification Document Fraud

The United States Attorney charges that:

From a date unknown to the United States Attorney, but from not later than August 13, 2003, until September 5, 2003, at Shrewsbury, and elsewhere within the District of Massachusetts,

REINALDO R. SILVA,

defendant herein, did knowingly possess with intent to use unlawfully, and transfer unlawfully, five or more identification documents and false identification documents, to wit: three false European Community passports purportedly issued by the Republic of Italy, one false Brazilian passport, and six United States Resident Alien cards.

All in violation of 18 U.S.C. § 1028(a)(3).

COUNT THREE:		18 U.S.C. §§ 1543 - Forgery and False Use of Passport

The United States Attorney charges that:

From a date unknown to the United States Attorney, but from not later than August 13, 2003, until September 5, 2003, at Shrewsbury, and elsewhere within the District of Massachusetts,

REINALDO R. SILVA,

defendant herein, did willfully and knowingly use, attempt to use, furnish to another for use, false, forged, counterfeited, mutilated and altered passports and instruments purporting to be passports; to wit: three false European Community passports purportedly issued by the Republic of Italy and one false Brazilian passport.

All in violation of 18 U.S.C. § 1543.

COUNT FOUR:     18 U.S.C. §§ 1546(a) - Use of a Fraudulent Visa

The United States Attorney charges that:

From a date unknown to the United States Attorney, but from not later than August 13, 2003, until September 5, 2003, at Shrewsbury, and elsewhere within the District of Massachusetts,

REINALDO R. SILVA,

defendant herein, did knowingly utter, use, attempt to use, possess, obtain, accept and receive non-immigrant visas for entry into the United States, and evidence of authorized stay or employment in, the United States, knowing such visas and evidence to be forged, counterfeited, altered, and falsely made, and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud and unlawfully obtained; to wit: three counterfeit Form I-94W forms contained within three false European Community passports purportedly issued by the Republic of Italy; one counterfeit United States visa contained within a false Brazilian passport; and six counterfeit United States Resident Alien cards.

All in violation of Title 18, United States Code, section 1546(a).

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney
By: *[signature]*
    GREGORY MOFFATT
    Assistant U.S. Attorney
    (617) 748-3370

DATED:    June 8, 2004

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      Category No. __III__     Investigating Agency __D.S.S./I.C.E.__

City __Shrewsbury, Framingham,__     **Related Case Information:**

County __Worcester, Middlesex,__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __03-M-1742-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Reinaldo SILVA__     Juvenile ☐ Yes  ☒ No

Alias Name __John BRAY, Reinaldo MOREIRA, Reinaldo SILVEIRA__

Address __34B Shrewsbury Greeen Drive, Shrewsbury, MA__

Birth date: __1972__    SS#: __None__    Sex: __M__    Race: __Cauc./Hisp.__    Nationality: __Brazil__

Defense Counsel if known: __Jonathan R. Elliott, Sr., Esq.__    Address: __1241 Main Street, Suite 301__
                                                                                                  __Springfield, MA 01103__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Gregory Moffatt__     Bar Number if applicable __559778__

Interpreter: ☒ Yes ☐ No     List language and/or dialect: __Brazilian Portugese__

Matter to be SEALED: ☒ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __September 10, 2003__

☒ Already in Federal Custody as __a pretrial detainee__ in _____
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☒ Information    ☐ Indictment
Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __June 8, 2004__     Signature of AUSA: __/s/ GREGORY MOFFATT__

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Reinaldo SILVA, a/k/a John BRAY, Reinaldo MOREIRA, Reinaldo SILVEIRA

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | conspiracy | 1 |
| Set 2 | 18 U.S.C. §§1028(a); 2 | production of false identification documents | 2 |
| Set 3 | 18 U.S.C. §§1543; 2 | Use of false passports | 3 |
| Set 4 | 18 U.S.C. §§1546; 2 | Production of false immigration documents | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS45.Silva.wpd - 3/13/02