UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-40016-NMG |
| ) | |
| REINALDO R. SILVA, a/k/a ) | |
| JOHN BROY, ) | |
| Defendant. ) | |
| ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the criminal Information in the above-referenced case. As grounds for this motion, the government states that the Information was inadvertently filed under seal.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Gregory Moffatt
Assistant U.S. Attorney
(617) 748-3370

Date: June 16, 2004