UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 04-CR-40016 NMG

UNITED STATES
*Plaintiff*

v.

REINALDO SILVA
*Defendant*

## MOTION TO WITHDRAW AS COUNSEL
## FOR THE DEFENDANT

Now comes Stephen M. CampoBasso, appointed counsel for the Defendant, Reinaldo Silva, and respectfully requests that this Honorable Court allow him to withdraw as counsel for the Defendant.

In support of said Motion, Attorney CampoBasso states that the Defendant has retained private counsel to represent him in this matter.

_____
Stephen M. CampoBasso, Esquire
BBO #: 071720
CAMPOBASSO & CAMPOBASSO, P.C.
54 Main Street, P. O. Box 548
Leominster, MA  01453
Dated:  August 27, 2004         (978) 534-0005