September 23, 04

The Honorable Judge Nathaniel M. Gorton
United States District Judge
1 Courthouse Way, suite 2300
Boston, MA 02250

Your Honor:

Ref: Case # 03-3742-CBS

This missive is to ask for the court's authority to intervene and avail to nullify a document that I wrongly signed stipulating the renounce of my U.S. Resident Alien statutes.

My attorney Johnathan R. Elliott, sr. has induced, deceived and quelled me to signed this alleged document in promise to not have I to serve a longer prison term, which turned out to be a gross lie.

I have a wife and a daughter that are U.S. Citizens; thus in his bluff and threaten advices, I was scared, cringed and forced to this blunder mistake that literally is dismantling my family life.



Furthermore, my judicial deportation order should also be nullified until I have the opportunity to stand before an Immigration Judge to debate the abouts of this matter.

I don't understand nor am write English proficiently, so my lawyer being an opportunist, provided no interpreter when he instigated the removal of my legal statutes in this country. What irked me is his outraged ebullience to take my money charging me $8,000 (Eight thousand dollars) cash for his service fee, that has been in totality one visit in one year period that am I incarcerated and no acceptance of my phone calls whatsoever.

Finally, I respectfully ask the court to scold severelly attorney Johnathan R. Elliott, Sr. for his abusive way of taking advantage of my ignorance of both scholastic and the law, and demand him to return $6,000 (Six thousand Dollars) which amount of money I was literally robbed by him - overcharged.

Firm that your court will do justice on the wrongs that attorney Johnathan R. Elliott, Sr. has done me; thanks for your time and consideration.

Sincerely Yours,

Reinaldo R. Ella

- My address is:

Reinaldo Rosa DaSilva
26 Long Pond Road
Plymouth, MA  02360
ID - 38375
DS-3 / 301

-H

- Attorney -

Johnathan R. Elliott, Sr.
Attorney at Law
1242 Main Street, Suite 301
Springfield, MA  01103