Dear Mr. Judge Nathaniel M. Gorton

FILED
IN CLERKS OFFICE
2005 JAN 26  P 3: 56
U.S. DISTRICT COURT  1-24-05
DISTRICT OF MASS

I ask for the court if could send me a copy of the order of stipulated judicial deportation. please I ask.
thanks

Reinaldo Silva
File no: 03-1742-CBS

Reinaldo R. Silva

Plymouth County C. Facility
26 Long Pond Road
Plymouth, MA  02360