United States District Court
District of Massachusetts

Docket No. 03-1742-CBS

United States of America

v.

Reinaldo R. Silva a/k/a
John Broy

Motion of Deportation order

I am writing this letter regarding I plead guilty to all my criminal charges August 20 2004 and time serve and I was ordered to leave this country and go back to my country Brazil I even wrote to the immigration Department five different times and they never wrote me back. I never got a copy of my presentence report could you please send me a copy. I would like to leave this country as soon as possible. The date the order of Removal becomes administratively final if the removal order is judicially reviewed and if a court orders a stay of the removal of the alien the date of the courts final order if the alien is detained or confined except under an immigration process the date the alien is released from detention or confinement except as otherwise provided in this section when an alien is ordered removed the Attorney general shall remove the alien from the United States within a period of 90 days in this section Referred to as the removal Period

The Removal Period begins on the Latest of the following. I am also sending a motion to appoint counsel if needs. This is the Judge that handle my case NATHANIEL M. GORTON.

Could you please get back to me on this matter as soon as possible

THANK YOU

*Reinaldo R. Silva*

Dated 04-19-05