UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Docket #  No. 03-1742-CBS

UNITED STATES OF AMERICA

v.

REINALDO  R.  SILVA,  A/K/A

JOHN  BROY

## MOTION TO APPOINT COUNSEL

The defendant Reinaldo Silva respectfully moves this Honorable Court to appoint counsel to represent his interests in the above matter.

As grounds therefore, the defendant is incarcerated, indigent, and raises the issue of ineffective counsel. Counsel is needed to adequately represent his claims before this Honorable Court.

Respectfully submitted,
By the defendant,

Dated: 04-19-05 .

Reinaldo R Silva