UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

REINALDO R. SILVA A/K/A
JOHN BROY

Docket. NO. 03-1742-CBS

2005 APR 21 P 2:49

Case Name and Number

## AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER, SUBSTITUTION OR STATE PAYMENT OF FEES AND COSTS.

Pursuant to General Laws c. 261, §§ 27A-G, the applicant,

_____ swears (or affirms) as follows:

(Check only one.)

1. Applicant is indigent in that he/she is a person:

_____ (a) who receives public assistance under the Massachusetts Aid to Families with Dependent Children, General Relief or Veteran's Benefits programs or receives assistance under Title XVI of the Social Security Act, or the Medicaid program, 42 USC 1936, et seq., or

✓ (b) whose income, after taxes is 125%, or less of the current poverty threshold annually established by the Community Services Administration pursuant to §625 of the Economic Opportunity Act, as amended,¹ or

_____ (c) who is unable to pay fees and costs of the proceeding in which he is involved, or is unable to do so with depriving himself or his dependents of the necessities of life, including food, shelter, and clothing.

Note: If the applicant checks (c), he/she should fill in the

---

¹ This is substantially the same poverty standard used by legal services programs funded by the Federal Legal Services Corporation 42 U.S.C. § 2996f (2) (A) & (B).

The citation to §625 of the Economic Opportunity Act appears in G.L. c. 261, § 27A, as amended by St. 1980, c. 539, §5. The section has become §624. Pub. L. 88-452, title 6, §624. (42 U.S.C. § 2971(d).)

information called for in the "Supplement to the Affidavit of Indigency".

2. Applicant requests that the following <u>normal fees and costs</u> (e.g., filing fee, service of process costs, etc.) either be waived, substituted or paid for by the state.

Note: In filling in the blanks in this paragraph and paragraph 3, be as specific as possible as to fees and costs known at the time of filing this request. A supplementary request may be filed at a later time, if necessary.

*I Am INDIGEN And request this legal matter be waived By the United States District Court*

3. Applicant requests that the following extra <u>fees and costs</u> (e.g., cost of transcribing a deposition, expert assistance, etc.) either be waived, substituted or paid by the state.

*I request that All extra fees be waived And Paid by the United States District Court*

Signed under the pains and penalties of perjury:

Signature of the applicant: *Reinaldo R. Silva*

Typed/printed name of the applicant: *Reinaldo R. Silva A/K/A John Broy*

Address of the applicant: *Plymouth County Correctional Facility 26 Long Pond Road Plymouth MA 02360*

Date: *04-19-05*

ALL THE INFORMATION CONTAINED HEREIN IS CONFIDENTIAL. IT SHALL NOT BE DISCLOSED TO ANY PARTY OTHER THAN AUTHORIZED COURT PERSONNEL OR OTHER PARTIES TO THIS LITIGATION.

(This form prescribed by the Chief Justice of the Supreme Judicial Court pursuant to G.L. C. 261 § 27B, as amended by St. 1980, c. 539, § 6. Promulgated: March 2, 1981.)