United States District Court
District of Massachusetts

Docket No. 03-1742-CBS

United States of America

v.

Reinaldo R. Silva, A/K/A
John Broy

Clerk for Criminal Business

I request that this matter be schedule at the court's earliest possible convenience. In addition, since I am currently incarcerated, should the court desire my presence, I request that a writ of Habeas Corpus Ad Testificandum be issued to the Plymouth County Correctional Facility insure my appearance.

Please do not hesitate to contact me at the address listed below should you have any questions regarding this matter.

Very truly yours,

*Reinaldo R. Silva*
(Signature)
Reinaldo R. Silva, A/K/A
John Broy, Pro se

Dated 04-19-05

Booking # 405666
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360