CERTIFICATE OF SERVICE

REINALDO R. SILVA, A/K/A
JOHN BROY

DOCKET NO. 03-1792-CBS

I, the undersigned and the defendant in the above-named case hereby certify that I have served upon the Attorney General office and the United States District Court

A copy of the following

1 motion of Deportation order
2 motion to appoint counsel

BY MAIL

Reinaldo R Silva

Dated 04-19-05