04-40016

United States District Court
District of Massachusetts

I'am writing this letter regarding, becouse I need the paper of my presentence. please could you send me a copy.

thank,s

United States of America
V.
Reinaldo R. Silva

Docket no. 03-1742-CBS

05-05-05
Date.

Reinaldo R. Silva