04-40016 NMG

Letter to Petition For Release
United States of America
V.                                          Docket no. 03-1742-CBS
Reinaldo Rosa Silva

I am writing this letter regarding I plead guilty to get time served and I was ordered deported. It since has been over 5 months and I am still in prison. The law said the government has 90 days to deport the alien. After 90 days the alien released from detention or confinement. 8 U.S.C § 1231(a)(iii) So could you please get back to me on this matter

thank you

Date 05-12-05

Reinaldo R. Silva

Duplicate.

Docket no. 03-1742-CBS

I am writing to you so it be know I was decieved by the government attorney Gregory Moffatt. I signed a plea agreement Las Aug. 20 2004 in Federal court. This plea I was to recieve 10 months in prison and then was to be deported. I've now been in prison for 20 months. This agreement obviously never took place in their eyes, I was in front of United States District Judge Nathaniel M. Gorton in which I plead to the agreement I then went back in front of him on Dec. 8 2004 and was given time served and to be deported it since has been over 5 months and I am still in prison the law states in the last phase of deportation the government has 90 days to deport me. 8 U.S.C. 3 1231 (A) (iii) After 90 days the government released from detention or confinement. Which neither has been done I sitting here wondering why the government doesn't fallow their own laws I'm hoping someone in your office can help me
  thank you for your time
        Reinaldo Rosa Silva

| U.S. Department of Homeland Security<br>Immigration and Customs Enforcement | | I-229 (a)<br>Warning for Failure to Depart |
|---|---|---|
| Name:<br>DASILVA, REINALDO | District Office:<br>BOSTON/ SUFFOLK | File #:<br>72-177-699 |

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237 (a) who:

    (A) willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

    (B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

    (C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

    (D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237 (a)), or both.

Nothing in this section shall make a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration Custom Enforcement may take to obtain a travel document for your departure or to remove you will NOT relieve you off the liability for compliance with the provisions of law referred to in the first paragraph above.

Section 241 (a) (1) (C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: |
|---|---|
| | |

**Record of Service (check method used)**
**Record of Personal Service**

| Served by: (Print Name and Title of Officer)<br>MARK ORLANDO   DEO | | Date:<br>9/10/3 |
|---|---|---|
| Officer's Signature:<br>[signature] | Location of Service: | |
| Served on (Alien's Signature)<br>X Reinaldo R. DaSilva | | Date:<br>9/10/3 |
| Warning administered in Court (copy of order attached) | | Record of Personal Service (Cont.) |
| Certified Mail Service | | Fingerprint of Alien (Specify finger used) |
| Attach certified mail reciepts here. | | |

## CERTIFICATE OF SERVICE

I, Reinaldo Rosa DaSilva, hereby certify that I have this day served the Foregoing _Motion to Petition FOR RELEASE_ by mailing, first class, postage pre-paid, copies of same to Assistant District Attorney, United State District Court, Office of the Clerk, 1 Courthouse Way, Suite 2300 Boston, MA 02210

Dated: 05-12-05

Reinaldo R. Silva, Pro Se

## CERTIFICATE OF SERVICE

I, Reinaldo Rosa DaSilva, hereby certify that I have this day served the Foregoing Motion to Petition For Release by mailing, first class, postage pre-paid, copies of same to Assistant District Attorney, United State District Court, Office of the Clerk, 1 Courthouse Way, Suite 2300 Boston, MA 02210

Dated: 05-12-05

Reinaldo R. Silva, Pro Se

United States District Court
District of Massachusetts

MANOEL DASILVA

      Motion of Released

I am writing this letter regarding I was ordered to leave this country to Brazil I even wrote to the immigration Department five different times and never wrote me back I would like to leave this jail as soon as possible. the date the order of Removal becomes administratively Final if the Removal order is Judicially Reviewed and if a Court orders a stay of the Removal of the alien the date of the courts Final order if the alien Detained or confined except under an immigration process. the date the alien is Released from detention or confinement except as otherwise Provided in this section (1231).(iii) Please get Back to me on this matter as soon as Possible. Thank you

05-13-2005
Date.

                Manoel Correia da Silva

FILED
CLERKS OFFICE

2005 MAY 16 P 2: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

**CERTIFICATE OF SERVICE**

I, MANOEL DASILVA, hereby certify that I have this day served the Foregoing Motion to Petition For Release by mailing, first class, postage pre-paid, copies of same to Assistant District Attorney, United State District Court, Office of the Clerk, 1 Courthouse Way, Suite 2300 Boston, MA 02210

Dated: 05-13-2005

Manoel Correia daSilva
, Pro Se